1  Ian E. Silverberg, Esq., Bar No. 5501
   Hardy Law Group
2  96 Winter Street
   Reno, NV 89503
3  (775) 322-7422

4  Attorney for Plaintiff
   TOMIKA BRAY-KIDWELL
5

6  Gregory H. King, Esq., Bar No. 7777
   Thayne A. Larson, Esq., Bar No. 9099
7  Matthew L. Durham, Esq., Bar No. 10342
   PAYNE & FEARS LLP
8  Attorneys at Law
   300 S. Fourth Street, Suite 500
9  Las Vegas, NV 89101
   Telephone: (702) 382-3574
10 Facsimile: (702) 382-3834

11 Andrew J. Jaramillo (admitted *pro hac vice*)
   PAYNE & FEARS LLP
12 Attorneys at Law
   4 Park Plaza, Suite 1100
13 Irvine, CA 92614
   Telephone: (949) 851-1100
14 Facsimile: (949) 851-1212

15

16 Attorneys for Defendant
   HOME DEPOT U.S.A., INC.
17

18

19                    UNITED STATES DISTRICT COURT

20                         DISTRICT OF NEVADA

21

| | |
|---|---|
| 22  TOMIKA BRAY KIDWELL, | CASE NO.   3:06-CV-00654-LRH-(RAM) |
| 23                Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS** |
| 24       vs. | |
| 25  HOME DEPOT U.S.A., INC., | **(FIRST REQUEST)** |
| 26                Defendant. | |

27

28

Plaintiff Tomika Bray-Kidwell and Defendant Home Depot U.S.A., Inc. (collectively, the "Parties") hereby stipulate to a thirty (30) day extension of the deadline for filing dispositive motions, which is currently set for October 11, 2007. On September 11, 2007, this Court ordered the discovery cut-off date to be extended sixty (60) days, from September 11, 2007 to November 13, 2007. In order to allow the Parties adequate time to perform discovery and to mediate this matter prior to filing dispositive motions, the Parties have worked out a good-faith solution without bringing any motions to this Court.

IT IS SO STIPULATED:

DATED: 10-1-07

HARDY LAW GROUP

By: _____
Ian E. Silverberg, Esq.
96 Winter Street
Reno, NV 89503
Telephone: (775) 322-7422

Attorneys for Plaintiff
TOMIKA BRAY-KIDWELL

DATED: 9/24/07

PAYNE & FEARS LLP

By: _____
Gregory H. King, Esq.
Matthew L. Durham, Esq.
300 S. Fourth Street, Suite 500
Las Vegas, NV 89101
Telephone: (702) 382-3574

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**ORDER**

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: October 4, 2007