Case 3:06-cv-00654-RAM   Document 48   Filed 12/03/2008   Page 1 of 3

1 Gregory H. King, Esq., Bar No. 7777
Matthew L. Durham, Esq., Bar No. 10342
2 PAYNE & FEARS LLP
Attorneys at Law
3 7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV 89128
4 Telephone: (702) 382-3574
Facsimile: (702) 382-3834
5
Andrew J. Jaramillo (admitted *pro hac vice*)
6 PAYNE & FEARS LLP
Attorneys at Law
7 4 Park Plaza, Suite 1100
Irvine, CA 92614
8 Telephone: (949) 851-1100
9 Facsimile: (949) 851-1212

10 Attorneys for Defendant
HOME DEPOT U.S.A., INC.

```
                      FILED        RECEIVED
                      ENTERED      SERVED ON
                      COUNSEL/PARTIES OF RECORD

                          DEC - 3

                      CLERK US DISTRICT COURT
                         DISTRICT OF NEVADA
                 BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOMIKA BRAY KIDWELL,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | CASE NO.   3:06-CV-00654-RAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff Tomika Bray-Kidwell ("Plaintiff"), and Defendant Home Depot U.S.A., Inc. ("Defendant"), by and through their respective counsel of record, that all claims for relief in the above-captioned action brought by Plaintiff be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

03-Dec-2008 08:37 AM    7753222303    3/3
Case 3:06-cv-00654-RAM   Document 48   Filed 12/03/2008   Page 2 of 3
FROM : HARDY LAW GROUP         FAX NO. : 7753222303         Dec. 03 2008 08:56AM P3

1  IT IS FURTHER STIPULATED that the parties agree to bear their own costs and
2  attorneys' fees.
3
4  DATED: December ___, 2008        PAYNE & FEARS LLP
5
                                    By: _____
6                                       ANDREW J. JARAMILLO
7                                   Attorneys for Defendant
                                    HOME DEPOT U.S.A., INC.
8
9  DATED: December ___, 2008        HARDY LAW GROUP
10
                                    By: _____
11                                      IAN E. SILVERBERG
12                                  Attorneys for Plaintiff
                                    TOMIKA BRAY-KIDWELL
13
14
                                    **ORDER**
15
16  IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed
17  with prejudice, with each party to bear their own attorney's fees and costs to achieve said
18  dismissal.
19  **IT SO ORDERED.**
20
21  DATED: 12-3-08              _____
22                              THE HONORABLE ROBERT A. McQUAID JR.
                                UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NV 89128
(702) 382-3574

## CERTIFICATE OF SERVICE
*Tomika Bray Kidwell v. Home Depot U.S.A., Inc.*
U.S.D.C. Case No. 3:06-CV-0654-LRH-RAM

I hereby certify that on December 3, 2008, service of the foregoing, **STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** was made this date by facsimile and first class mail by mailing a true and correct copy of same to the party addressed as follows:

Ian E. Silverberg, Esq.
Hardy Law Group
96 Winter St.
Reno, NV 89503
(775) 322-7422
(775) 322-2303 fax
Attorneys for Plaintiff Tomika Bray Kidwell

Lisa N. Iwata
An Employee of PAYNE & FEARS LLP

4815-2199-6290.1